**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CHAD DILLON SANDRY,**<br><br>        **Plaintiff,**<br><br>  **v.**<br><br>**FIRST FRANKLIN FINANCIAL CORP., et al.,**<br><br>        **Defendants.** | **1:10-cv-01923-OWW-SKO**<br><br>**AMENDMENT TO MEMORANDUM DECISION REGARDING DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT (Doc. 20).** |

    The Memorandum Decision Re: Defendant's Motion to Dismiss filed April 20, 2011, is amended by:

    1.   Replacing the word "with" at page 7, line 10, with the word "without."

IT IS SO ORDERED.

**Dated:   May 2, 2011**                          **/s/ Oliver W. Wanger**
                                                                      UNITED STATES DISTRICT JUDGE